**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MILAGROS SENIOR,**

**Plaintiff,**

**- against -**

**URBANSTEMS, INC.,**

**Defendant.**

**26-cv-4938 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The complaint was noticed as deficient and no summons has been served. If the complaint is not corrected and the summons served by **September 14, 2026**, the case will be dismissed for failure to prosecute in accordance with Federal Rule of Civil Procedure 4(m). The conference scheduled for September 23, 2026 is canceled.

**SO ORDERED.**

**Dated: New York, New York**
**August 26, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**