Case 1:26-cv-04938-JGK Document 10 Filed 09/17/26 Page 1 of 1

**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**
150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

September 16, 2026

**VIA ECF**
The Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

ADJOURNED TO TUESDAY, NOVEMBER 10, 2026 AT 2:30PM.
DIAL-IN: 646 453-4442
CONFERENCE ID: 675 278 33#

SO ORDERED.
9/17/26 [signature] USDJ

Re: *Senior v. Urbanstems, Inc.*
Case No.: 1:26-cv-04938-JGK

Dear Judge Koeltl,

The undersigned represents Milagros Senior, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Urbanstems, Inc. ("Defendant"). In response to Your Honor's Order on June 15, 2026 the undersigned respectfully requests Your Honor reschedule the Initial Conference scheduled for September 23, 2026 at 2:30PM.

Defendant was served with the Summons and Complaint on September 1, 2026 (Dkt 8). To date, Defendant has not appeared in this action or filed an Answer or other responsive pleading. Because Defendant has not yet appeared, the parties are not presently in a position to meaningfully participate in the Initial Conference or address the matters ordinarily considered at that conference.

Accordingly, Plaintiff respectfully requests that the Court adjourn the Initial Conference and reschedule it for a date after Defendant has appeared and responded to the Complaint.

Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

/s/Dana L. Gottlieb, Esq.
Dana L. Gottlieb, Esq.